'08 CV 0176 W LSP

```
2254    1983  [✓]
FILING FEE PAID
Yes ___  No _2_
IFP MOTION FILED
Yes ___  No ✓
COPIES SENT TO
Court ✓   Pltfs ___
```

FILED
JAN 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

9th District Federal Courts California, Arizona, San Diego,
Angeles, and Phoenix and Prescott.
880 Front Street Rm 4290
San Diego Ca 92101 #

Concurrent Jurisdiction (s).

6  James Lynn O' Hines
   Case No.
   CV-08-132   FRAP 84.3

7        v.
   28 USC § 1331 : Bivens v. Six

8  Protestant-Jewish Correctional Officers   Unknown Federal Narcotics Agents, 403 U.S.

9  et.al. Calif. to Ariz Transient Unios Yoo.   388 (1971)  [☒] Original Complaint

10 Privileges and Immunities Clause : U.S. Const art IV § 2 cl.1

11    15th Amend. U.S. Const. Reverse Racial, Sexual, and

12    Religious Discriminations California to Arizona

13    Civil Rights Complaint for Conversion of custody.

14

15 St. Thomas of Aquinis Catholic et al, does as Calif. and

16 Arizona transient correctional officers parish to parish for "The

17 Celestine Prophecy" with defendant(s) as Protestant-Jewish and

18 Jack Mormon or Latter Day Saints accepting of a "Homosexual

19 Wesleyan tolerance" for P.R.E.A. supervisory violations as:

20 Prison Rape Elimination Act of 2003 : law S. 1435. President

21 Bush signed on 9-4-03.# Sexual, Violent assaults state

22 to state by syringe or Officer and prisoner / parollee

23 contact "overfamiliarity" that results in violence of a

24 familial nature Hiv + supervision of Hiv - negative

25 inmates magnifies the problem and/or exposes damages

26 for enhanced liabilities San Diego to Phoenix.

27    42 USC § 1997 e (8)

28 "Gang(s)" and "Coordination of Gangs" of associated or

(1) 29 affiliated convicted felons in/out of custody poses

1. a risk and threat of physical sexual assault for racial
2. and religious motives sponsored and directed by
3. defendants for production of new cases and Rule
4. Violations Reports. Retro-active on May 15 1997 *
5. plaintiff is/was stabbed twice in back (on the record),
6. by "unknown assailant" (off the record), a political
7. name with a ST. Thomas "Quinstain" double meaning.
8.
9. ST Thomas of Aquinis Churches Parish Police are dually-
10. identified, for a twin or double, a.k.a /alias. Defendants.
11.
12. On Oct 7th 2004 Edward "Quinstain" Hernandez entrapps
13. and ensnares plaintiff in an ambush to hospitalize
14. plaintiff in a repeated Hate Crime on Gay or Bi-sexual
15. inmates from 1985 San Diego to Phoenix, (Jamie Martinez
16. victim for being Gay.) Plaintiff "Jamie Hines" a State
17. Hospital parollee was a mentally disordered civil/state
18. parollee, (found competent), to stand trial to be re-
19. convicted and incarcerated for self defense, Third Party
20. defense, and defense of stolen property.
21.
22. Sexually slandered, defamed, and libelous accusations by
23. supervisors after in custody violence with other races
24. from: 1998 Pleasant Valley Prison; retro-active to Corcoran
25. State Prison IV A yard 1990s; to Atascadero State
26. Hospital for altercations of violence to M.D.O. violate
27. plaintiff for civil commitment by "supervisory staff".
28.
Q1  29. Up to 2005 Buckeye State Prison to 2-17-10 at Florence.

1  "Amnesiac" mental condition with a duo-diagnosis of
2  drug addiction / emotional problems, denied V.O.A. Rehab
3  by supervisory staff 10th Ave San Diego Cen w/ other
4  Security Mngt. Unit inmates housed at Florence.
5
6  Florence Security Mngt. Unit "Rehabilitative objective" is
7  adverse to state policies / federal policies for access to
8  services, Voc. Rehab (1) that they are disabled within
9  the meaning of the statutes (2) that they are qualified to
10 participate in the program and, (3) that they are excluded
11 from, are not allowed to benefit from, or have been
12 subjected to discrimination in the program because of
13 their disability. Supervisors as Con Rep or Parole Dept or
14 Dept. of Corr. receiving state and federal monies are a
15 Civil propriety under U.S. Dept. of Health and Human Services.
16 Social Security payments to parole Board and Care Home of:
17 998.00 a month in San Diego w/ Federal Funds to
18 Licensed Clinical Social Workers of Con Rep Agency or
19 Southpoint Rehab for: (partial blindness) and axis II and
20 III clinical diagnosis of M.D.O. pre-post Az criminal
21 rules of procedure Rule 11 for Florence SmuII housing
22 discriminate to deny access to rehabilitation services, and
23 accommodations for handicap prisoners state to state
24 oppressively by defendants. Physical or mental disabled o
25
26 Supervisory use of P-3 program Parollee-Partnership-Program
27 to deliberately elicitate self-incriminating video-audio
28 negative responses w/ behavioral science analysis in custody
29 violates due process Rights Massiah v. United States

1. 327 US 201 84 SCt 1199 (1964) Covert drawing forth of
2. incriminating responses to decompose mentally, debrief,
3. and disable prisoners for recidivism into Federally funded
4. programs and services not received. Calif. to Arizona.
5.
6. San Diego County Case = James Lynn Hines V. ConRep Dir
7. Ms. Jane Shell; Et Al  Case No.= 2007-00078120-CU-
8. PO-CTL, and Short title Hines v. Wood. case No.= 2007-
9. 0007-8121-CU CO CTL  Order For Reassignment of
10. Cases to Out of County Judge dated 12-12-07, is
11. meritoriously valid to permit plaintiff by statute(s) and
12. Federal courts discretionary review a jurisdictional diversity
13. decision cognizable as= probative value, for consideration
14. of = Extradition Clause = US. const. art. IV § 2 cl. 2
15. new offense did not override for a lackluster
16. recommendation by G.J.I. to prosecute parole violator
17. post Rule 11 or pre-Rule 11. Exigent circumstances
18. due to failure of conditions of state/civil parole are
19. fully demonstrated, Warrant for plaintiff as a.k.a.
20. Jackson Malloy ARS- 13-3842 F4  ORI CA 0340356
21. Calif. Dept. of Corr. OCA K86489 parole violations. Motion In
22. Limine filed by attorney prior to pro per / pro se, to keep
23. out parole information has discriminated against petitioner.
24. Public Defender Maria L. Schaffer "Atty at Law" March 20th
25. 2005  RE= State V. Hines CR 2004-129044 Deputy
26. Legal Defender  222 North Central Avenue  Ste 8100
27. Phoenix Az 85004-2237    602-506-8800.
28. State Bar of Az Complaints for sexual discrimination dated:
29. January 23rd 2006. (END. Administrative Actions, Active Supervision.)

1. In the Interest of Justice Declinant pleads for
2. conversion of custody parollee entitled to civil access
3. for credit in Hospital as civil m.n.o. conditions of
4. parole U.S. Dept. of Health and Humnservices contract as
5. aka. Jackson Malloy and James Lynn Hines split
6. sentenced for SRF 122463 Batt. on Non-prisoner
7. 4501.5 pc. and tri-applicable sentencing extradition
8. clause - CR 2004-1290.4400, not 18 USC § 365 :
9.    Thomas v. United States 327 F2d 795 10th Cir
10. Cert. denied 377 US 100 (1964) Schely v. Peyton 280
11. F Supp 307 WD Va (1968) Fed. R. Crim. Proc. 82 (1)(b)
12. Subdivision (b) concerns proceedings on modification as
13. provided in 18 USC § 3651. The parollee should
14. have the right to apply to the sentencing court for
15. a clarification or change of conditions : San Luis
16. Obispo County, California. San Diego County and Maricopa
17. County. Tri-applicable civil/state for Federal resolution
18. of a dispute over an ambiguous term, the meaning
19. of a condition without having first to violate it
20. American Bar Association Standards relating to probation/
21. parole (eg) § 3.1.(c) or United States v. Bosley
22. ABA standards supra 3 § 3 (denovo).
23.
24.    These rules govern the procedure as cognizable as
25. case at law. So pleads and prays plaintiff, that they
26. be construed and administered to secure the just and
27. speedy and inexpensive determination of this action-
28.                                   aka. Jackson Malloy K86484
(5) 29. Jan 14th 2008            James Lynn Hines 142067

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

FILED
JAN 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

FILING FEE PAID  Yes ___ No ✓
IFP MOTION FILED  Yes ___ No ✓
COPIES SENT TO  Court ✓  Pro

**I (a) PLAINTIFFS**
James Lynn O'Hines

**DEFENDANTS**
Protestant-Jewish Correctional Officers

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
James Lynn O'Hines
Box 3400
Florence, AZ 85232
K-86989

ATTORNEYS (IF KNOWN)

'08 CV 0176 W LSP

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| | | | 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):  JUDGE              Docket Number

DATE  1/28/2008                SIGNATURE OF ATTORNEY OF RECORD
                                R. Miller